UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
FUNCHES, PATRICIA § Case No. 11-39449
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_, for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_, for total expenses of $ \_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 11-39449 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | FUNCHES, PATRICIA | | | Date Filed (f) or Converted (c): | 09/28/11 (f) |
| | | | | 341(a) Meeting Date: | 10/27/11 |
| For Period Ending: | 12/01/12 | | | Claims Bar Date: | 02/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.08 | FA |
| 2. Residence: 4 bdrm ,1 and a half bath,livingroom ,d | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Residence: 2bd room ,1 bath Location: 72 cedar St. | 11,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 450.00 | 0.00 | | 0.00 | FA |
| Furniture: 2 bedroom sets,one living room set,diningroom set, Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 5. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| Appliances: refrigerator,stove, washer and dryer Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 6. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| Household: dishes,pots and pan Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 7. Household Goods | 10.00 | 0.00 | | 0.00 | FA |
| Audio-Video: Digital Camera Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 8. Household Goods | 175.00 | 0.00 | | 0.00 | FA |
| One 42' Flat Screen | | | | | |
| 9. Books / Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| Family pictures, Books | | | | | |
| 10. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Clothes: (self) clothes Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 11. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| Jewelry: Wedding Ring Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 12. Vehicles-Infinity | 13,836.00 | 5,644.44 | | 10,721.44 | FA |
| Auto: G35 Inifinti four door fair condition Location: 72 cedar St. Park Forest, IL 60466 - car in accident, State Farm paid liens, remitted net of | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-39449 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | | | Date Filed (f) or Converted (c): | 09/28/11 (f) |
| | | | | 341(a) Meeting Date: | 10/27/11 |
| | | | | Claims Bar Date: | 02/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $10721.44 to estate. | | | | | |
| 13. Vehicles | 11,100.77 | 0.00 | | 0.00 | FA |
| Auto: 2010 chevy cobalt Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 14. Office Equipment | 138.00 | 0.00 | | 0.00 | FA |
| home printrer- $ 38.00 home computer- $99.00 | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $122,659.77 | $5,644.44 | | $10,721.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered proceeds of an insurance settlement as a result of the total loss of the Debtor's vehicle; Claims bar
date expired 2/7/12; Trustee reviewed claims; Trustee analyzed Debtor's claimed exemption in the proceeds of the
insurance recovery; Trustee verified proper service of claims bar date notice to all creditors; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 07/31/12    Current Projected Date of Final Report (TFR): 07/31/12

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                     Ver: 17.00b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-39449 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7372  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5006 | | | |
| For Period Ending: | 12/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/28/11 | 12 | STATE FARM FIRE AND CASUALTY COMPANY<br>Bloomington, IL | Insurance proceeds for vehicle | 10,721.44 | | | | | 10,721.44 |
| 12/29/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.08 | | | | 10,721.52 |
| 12/29/11 | | Transfer to Acct #*******2830 | Bank Funds Transfer | | | | | -10,721.52 | 0.00 |

|  | Account *******7372 | Balance Forward | 0.00 | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| 1 | Deposits | | 10,721.44 | 0 Adjustments Out | 0.00 |
| 1 | Interest Postings | | 0.08 | 1 Transfers Out | 10,721.52 |
| | Subtotal | $ | 10,721.52 | Total | $ 10,721.52 |
| 0 | Adjustments In | | 0.00 | | |
| 0 | Transfers In | | 0.00 | | |
| | Total | $ | 10,721.52 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2XT

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-39449 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2830  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5006 | | | |
| For Period Ending: | 12/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7372 | Bank Funds Transfer | | | | | 10,721.52 | 10,721.52 |
| 02/07/12 | 001001 | International Sureties | TRUSTEE BOND NO. 016026455 | | | 8.48 | | | 10,713.04 |
| | | 701 Poydras Street  #420 | | | | | | | |
| | | New Orleans, LA 70139 | | | | | | | |
| 02/13/12 | 001002 | Patricia Funches | Debtor's Exemption | | | 5,077.00 | | | 5,636.04 |

```
                        Account  *******2830        Balance Forward           0.00
                                               0    Deposits                   0.00      2  Checks              5,085.48
                                               0    Interest Postings          0.00      0  Adjustments Out        0.00
                                                                                         0  Transfers Out          0.00
                                                    Subtotal            $      0.00
                                                                                            Total          $     5,085.48
                                               0    Adjustments In             0.00
                                               1    Transfers In          10,721.52

                                                    Total              $   10,721.52


                        Report Totals              Balance Forward           0.00
                                               1    Deposits              10,721.44       2  Checks              5,085.48
                                               1    Interest Postings          0.08       0  Adjustments Out        0.00
                                                                                          1  Transfers Out      10,721.52
                                                    Subtotal         $     10,721.52
                                                                                             Total         $    15,807.00
                                               0    Adjustments In             0.00
                                               1    Transfers In          10,721.52

                                                    Total              $   21,443.04         Net Total Balance $  5,636.04
```

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2012 |

Case Number: 11-39449  
Debtor Name: FUNCHES, PATRICIA

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 001 2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $8.48 | $8.48 | $0.00 |
| | Subtotal for Priority 001 | | | $8.48 | $8.48 | $0.00 |
| 000001 070 7100-90 | Asset Acceptance, LLC<br>Assignee FNB OMAHA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | (1-1) 10-400055696 | $1,749.53 | $0.00 | $1,749.53 |
| | Subtotal for Priority 070 | | | $1,749.53 | $0.00 | $1,749.53 |
| | Case Totals: | | | $1,758.01 | $8.48 | $1,749.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-39449
Case Name: FUNCHES, PATRICIA
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses           $_____
Remaining Balance                                                                     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of _____% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $_____.