# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FUNCHES, PATRICIA | § | Case No. 11-39449 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Thursday, February 7, 2013
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Kenneth S. Gardner_____
                                          Clerk of the US Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
FUNCHES, PATRICIA                         §        Case No. 11-39449
                                          §
              Debtor(s)                   §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,721.52 |
| and approved disbursements of | $ | 5,085.48 |
| leaving a balance on hand of[1] | $ | 5,636.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $        586.79 | $          0.00 | $        586.79 |
| Other: International Sureties | $          8.48 | $          8.48 | $          0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 586.79 |
| Remaining Balance | | $ | 5,049.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,749.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Asset Acceptance, LLC | $          1,749.53 | $          0.00 | $          1,749.53 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 1,749.53 |
| Remaining Balance | $ | 3,299.72 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2.36 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,297.36 .

Prepared By: /s/ Joseph A. Baldi                                    
                                                    Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-39449-PSH
Patricia Funches                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: nmolina          Page 1 of 3                Date Rcvd: Jan 10, 2013
                                 Form ID: pdf006         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2013.
```
db       +Patricia Funches,   72 Cedar Street,   Park Forest, IL 60466-1818
17854067 +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
17854068 +Americredit,   Po Box 181145,   Arlington, TX 76096-1145
17854070 +Aspire/cb&t,   ATTN: Cardholder Services,   P.O. Box 105555,   Atlanta, GA 30348-5555
17854074  Bank Of America,   P.O. Box 5470,   Sim Valley, CA 93062
17854075 +Bank of America NA,   BAC Home Loans Serv LP,   Pierce & Associates PC,
          1 North Dearborn Ste 1300,   Chicago, Il 60602-4373
17854073  Bank of America,   p.o Box5170,   Sim Valley, CA 93062-5170
18055908 +Bank of America NA,   450 American St,   Simi Valley, CA 93065-6285
17854086 ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
          (address filed with court: Credit Acceptance,   25505 west Twelve Mile Road,
          Southfield, MI 48034)
17854076 +Cab Serv,   90 Barney Dr,   Joliet, IL 60435-6402
17854077 +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17977567 +CedarWood,   72 Cedar Street,   Park Forest, IL 60466-1818
17854083 +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,
          Kansas City, MO 64195-0507
17854084  Citifinancial,   Bsp13a,   Baltimore, MD 21202
18055912 +City of Chicago Dept of Bldgs,   Michael Merchant,   120 North Racine Avenue,
          Chicago, Il 60607-2010
17854087 +Credit Acceptance,   25505 West 12 Mile Road Suite 3000,   Southfield, MI 48034-8331
17854089 +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
17854090 +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
17854096 ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
          (address filed with court: Hsbc/carsn,   Po Box 15524,   Wilmington, DE 19850)
17854093 +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
17854098 +Illiana Fin,   1600 Huntington Br,   Calumet City, IL 60409-5404
17854100  Illiana Financial,   1699 Huntington Drive,   Calumet City, IN 60409
17854101 +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
17854102 +Medical Collections Sy,   175 W Jackson,   Chicago, IL 60604-2615
17854125 +St Jame Hospital,   20023 s Pulaski Ave,   Olmpia Fields, IL 60461
17854127 ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
          (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   Po Box 8026,
          Cedar Rapids, IA 52408)
17854126 +Tnb-Visa (TV),   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
          Minneapolis, MN 55440-9475
17854128  Wellsfargo,   Supreme Re Serving,   Urbandale, IA 50323
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17854069 +E-mail/Text: bnc-applied@quantum3group.com Jan 11 2013 03:24:45    Applied Card Bank,
          Attention: General Inquiries,   Po Box 17125,   Wilmington, DE 19850-7125
17854072 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 11 2013 02:01:33    Asset Acceptance Llc,
          Attn: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
18096715 +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 11 2013 02:01:33    Asset Acceptance, LLC,
          Assignee  FNB OMAHA,   PO Box 2036,   Warren, MI 48090-2036
17854080 +E-mail/Text: don@creditbureauusa.net Jan 11 2013 03:57:11    Cb Usa Inc,   5252 S Hohman Ave,
          Hammond, IN 46320-1723
17854081 +E-mail/Text: bk.notifications@jpmchase.com Jan 11 2013 02:00:56    Chase,   Chase Auto Finance,
          Po Box 29505,   Phoenix, AZ 85038-9505
17854082  E-mail/Text: bk.notifications@jpmchase.com Jan 11 2013 02:00:56    Chase Bank,   P.OBox 901076,
          Fort Worth, TX 76101-2076
17854088 +E-mail/Text: clerical.department@yahoo.com Jan 11 2013 02:34:16    Credtrs Coll,   Po Box 63,
          Kankakee, IL 60901-0063
17854091 +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2013 02:10:43    Gemb/walmart Dc,   Walmart/GEMB,
          Po Box 103104,   Roswell, GA 30076-9104
17854105 +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2013 02:01:51    Midland Credit Management,
          Po Box 939019,   San Diego, CA 92193-9019
17854106 +E-mail/Text: mmrgbk@miramedrg.com Jan 11 2013 03:19:11    Miramedrg,   991 Oak Creek Dr,
          Lombard, IL 60148-6408
17854108 +E-mail/Text: BK@nationalcreditsolutions.net Jan 11 2013 02:59:01    National Credit Soluti,
          Po Box 15779,   Oklahoma City, OK 73155-5779
17854109 +E-mail/Text: bankrup@aglresources.com Jan 11 2013 01:59:15    Nicor Gas,
          Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854117  E-mail/PDF: cbp@slfs.com Jan 11 2013 02:45:55    Springleaf Financial S,   4535 Lincoln Hwy,
          Matteson, IL 60443
17854118  E-mail/PDF: cbp@slfs.com Jan 11 2013 02:42:47    Springleaf Financial S,   8251 Wicker Ave,
          Saint John, IN 46373
17854115 +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2013 02:09:26    Sams Club,
          Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                      TOTAL: 15
```

District/off: 0752-1          User: nmolina          Page 2 of 3          Date Rcvd: Jan 10, 2013
                             Form ID: pdf006          Total Noticed: 43

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17854071*   +Aspire/cb&t,   Attn: Cardholder  Services,   P.O. Box 105555,   Atlanta, GA 30348-5555
18055909*   ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
            (address filed with court: Credit Acceptance,   25505 West Twelve Mile Road,
            Southfield, MI 48034)
17854078*   +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17854079*   +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
17854085*   Citifinancial,   Bsp13a,   Baltimore, MD 21202
18055910*   +Credit Acceptance,   25505 West 12 Mile Road Ste 3000,   Southfield, MI 48034-8331
17854092*   +Gemb/walmart Dc,   Walmart/GEMB,   Po Box 103104,   Roswell, GA 30076-9104
18055913*   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: HSBC/CARSN,   P O Box 15524,   Wilmington, DE 19850)
17854097*   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/carsn,   Po Box 15524,   Wilmington, DE 19850)
17854094*   +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
17854095*   +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5895,   Carol Stream, IL 60197-5895
17854099*   +Illiana Fin,   1600 Huntington Br,   Calumet City, IL 60409-5404
17854103*   +Medical Collections Sy,   175 W Jackson,   Chicago, IL 60604-2615
17854104*   +Medical Collections Sy,   175 W Jackson,   Chicago, IL 60604-2615
17854107*   +Miramedrg,   991 Oak Creek Dr,   Lombard, IL 60148-6408
17854110*   +Nicor Gas,   Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854111*   +Nicor Gas,   Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854112*   +Nicor Gas,   Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854113*   +Nicor Gas,   Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854114*   +Nicor Gas,   Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
17854119*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854120*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854121*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854122*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854123*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854124*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
18055914*   ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
            (address filed with court: Springleaf Financial S,   8251 Wicker Ave,   Saint John, IN 46373)
17854116*   +Sams Club,   Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
18055911*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   P O Box 8026,
            Cedar Rapids, IA 52408)
                                                                            TOTALS: 0, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2013**                    **Signature:**        *Joseph Speetjens*

District/off: 0752-1          User: nmolina          Page 3 of 3          Date Rcvd: Jan 10, 2013
                             Form ID: pdf006         Total Noticed: 43

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2013 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA anelson@atty-pierce.com,
          northerndistrict@atty-pierce.com
          Dana N O'Brien    on behalf of Creditor    BANK OF AMERICA dobrien@atty-pierce.com,
          northerndistrict@atty-pierce.com
          Ernest B Fenton    on behalf of Debtor Patricia   Funches attorneyfenton@yahoo.com,
          afairperson@yahoo.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 5