UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FUNCHES, PATRICIA § Case No. 11-39449
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patricia Funches |  |  |  |
| PATRICIA FUNCHES |  |  |  |
| PATRICIA FUNCHES |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank of America p.o Box5170 Sim Valley, CA 93062-5170 | | | | | |
| | Chase Bank P.OBox 901076 Fort Worth, TX 76101-2076 | | | | | |
| | Chase Chase Auto Finance Po Box 29505 Phoenix, AZ 85038 | | | | | |
| | Credit Acceptance 25505 West 12 Mile Road Suite 3000 Southfield, MI 48034 | | | | | |
| | Credit Acceptance 25505 west Twelve Mile Road Southfield, MI 48034 | | | | | |
| | Illiana Fin 1600 Huntington Br Calumet City, IL 60409 | | | | | |
| | Illiana Fin 1600 Huntington Br Calumet City, IL 60409 | | | | | |
| | Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wellsfargo Supreme Re Serving Urbandale, IA 50323 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO BOX 145566 Cincinnati, OH 45250-5566 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998 | | | | | |
| | Americredit Po Box 181145 Arlington, TX 76096 | | | | | |
| | Applied Card Bank Attention: General Inquiries Po Box 17125 Wilmington, DE 19850 | | | | | |
| | Aspire/cb&t Attn: Cardholder Services P.O. Box 105555 Atlanta, GA 30348 | | | | | |
| | Aspire/cb&t Attn: Cardholder Services P.O. Box 105555 Atlanta, GA 30348 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Llc Attn: Bankruptcy Po Box 2036 Warren, MI 48090 | | | | | |
| | Bank Of America P.O Box 5470 Sim Valley, CA 93062 | | | | | |
| | Cab Serv 90 Barney Dr Joliet, IL 60435 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cb Usa Inc 5252 S Hohman Ave Hammond, IN 46320 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citifinancial Bsp13a Baltimore, MD 21202 | | | | | |
| | Citifinancial Bsp13a Baltimore, MD 21202 | | | | | |
| | City of Chicago, Dept. of Buildings Michael Merchant, Commissioner 120 North Racine Avenue Chicago, IL 60607 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | | | | |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | | | | |
| | Gemb/walmart Dc Walmart/GEMB Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/walmart Dc Walmart/GEMB Po Box 103104 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5895 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5895 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5895 Carol Stream, IL 60197 | | | | | |
| | Hsbc/carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Hsbc/carsn Po Box 15524 Wilmington, DE 19850 | | | | | |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | | | | |
| | Medical Collections Sy 175 W Jackson Chicago, IL 60604 | | | | | |
| | Medical Collections Sy 175 W Jackson Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Collections Sy 175 W Jackson Chicago, IL 60604 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Miramedrg 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | National Credit Soluti Po Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Springleaf Financial S 4535 Lincoln Hwy Matteson, IL 60443 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | Springleaf Financial S 8251 Wicker Ave Saint John, IN 46373 | | | | | |
| | St Jame Hospital 20023 s Pulaski Ave Olmpia Fields, IL 60411 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tnb-Visa (TV) C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
| 000001 | ASSET ACCEPTANCE, LLC |  |  |  |  |  |
|  | ASSET ACCEPTANCE, LLC |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1 - FUNCHES

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 11-39449 PSH Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | Date Filed (f) or Converted (c): | 09/28/11 (f) |
| | | 341(a) Meeting Date: | 10/27/11 |
| For Period Ending: 03/18/13 | | Claims Bar Date: | 02/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.08 | FA |
| 2. Residence: 4 bdrm ,1 and a half bath,livingroom ,d | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. Residence: 2bd room ,1 bath Location: 72 cedar St. | 11,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 450.00 | 0.00 | | 0.00 | FA |
| Furniture: 2 bedroom sets,one living room set,diningroom set, Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 5. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| Appliances: refrigerator,stove, washer and dryer Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 6. Household Goods | 50.00 | 0.00 | | 0.00 | FA |
| Household: dishes,pots and pan Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 7. Household Goods | 10.00 | 0.00 | | 0.00 | FA |
| Audio-Video: Digital Camera Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 8. Household Goods | 175.00 | 0.00 | | 0.00 | FA |
| One 42' Flat Screen | | | | | |
| 9. Books / Collectibles | 200.00 | 0.00 | | 0.00 | FA |
| Family pictures, Books | | | | | |
| 10. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| Clothes: (self) clothes Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 11. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| Jewelry: Wedding Ring Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 12. Vehicles-Infinity | 13,836.00 | 5,644.44 | | 10,721.44 | FA |
| Auto: G35 Inifinti four door fair condition Location: 72 cedar St. Park Forest, IL 60466 - car in accident, State Farm paid liens, remitted net of | | | | | |

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 1 - FUNCHES

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-39449 | PSH | Judge: Pamela S. Hollis |
|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 09/28/11 (f) |
| 341(a) Meeting Date: | 10/27/11 |
| Claims Bar Date: | 02/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $10721.44 to estate. | | | | | |
| 13. Vehicles | 11,100.77 | 0.00 | | 0.00 | FA |
| Auto: 2010 chevy cobalt Location: 72 cedar St. Park Forest, IL 60466 | | | | | |
| 14. Office Equipment | 138.00 | 0.00 | | 0.00 | FA |
| home printrer- $ 38.00 home computer- $99.00 | | | | | |

TOTALS (Excluding Unknown Values)  $122,659.77    $5,644.44       $10,721.52    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered proceeds of an insurance settlement as a result of the total loss of the Debtor's vehicle;  Claims bar

date expired 2/7/12; Trustee reviewed claims; Trustee analyzed Debtor's claimed exemption in the proceeds of the

insurance recovery; Trustee verified proper service of claims bar date notice  to all creditors; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 07/31/12     Current Projected Date of Final Report (TFR): 07/31/12

/s/    Joseph A. Baldi, Trustee
_____       Date: 03/18/13
       JOSEPH A. BALDI, TRUSTEE

LFORM1                                                                                                        Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 — Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-39449 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | FUNCHES, PATRICIA | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******7372 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5006 |  |  |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/28/11 | 12 | STATE FARM FIRE AND CASUALTY COMPANY | Insurance proceeds for vehicle | 1142-000 | 10,721.44 |  | 10,721.44 |
|  |  | Bloomington, IL |  |  |  |  |  |
| 12/29/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 |  | 10,721.52 |
| 12/29/11 |  | Transfer to Acct #*******2830 | Bank Funds Transfer | 9999-000 |  | 10,721.52 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,721.52 | 10,721.52 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 10,721.52 |  |
| Subtotal | 10,721.52 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 10,721.52 | 0.00 |  |

Page Subtotals  10,721.52  10,721.52

Ver: 17.01

FORM 2 - Page 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-39449 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | FUNCHES, PATRICIA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2830  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5006 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7372 | Bank Funds Transfer | 9999-000 | 10,721.52 | | 10,721.52 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 8.48 | 10,713.04 |
| 02/13/12 | 001002 | Patricia Funches | Debtor's Exemption | 8100-002 | | 5,077.00 | 5,636.04 |
| 02/08/13 | 001003 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,314.45 | 4,321.59 |
| 02/08/13 | 001004 | Asset Acceptance, LLC<br>Assignee FNB OMAHA<br>PO Box 2036<br>Warren, MI 48090 | Claim 000001, Payment 100.00000% | 7100-900 | | 1,749.53 | 2,572.06 |
| 02/08/13 | 001005 | PATRICIA FUNCHES<br>72 CEDAR STREET<br>PARK FOREST, IL  60466 | Surplus Funds | 8200-002 | | 2,572.06 | 0.00 |
| 02/11/13 | | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | RETURN-OVERPAYMENT | 2100-000 | | -1,314.45 | 1,314.45 |
| 02/14/13 | 001006 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation<br>Trustee Compensation | 2100-000 | | 586.79 | 727.66 |
| 02/14/13 | 001007 | PATRICIA FUNCHES<br>72 CEDAR STREET<br>PARK FOREST, IL  60466 | Surplus Funds | 8200-002 | | 725.30 | 2.36 |
| 02/14/13 | 001008 | Asset Acceptance, LLC<br>Assignee FNB OMAHA | BANK INTEREST EARNED<br>Interest Owed from Final Distribution | 7990-000 | | 2.36 | 0.00 |
| | | | Page Subtotals | | 10,721.52 | 10,721.52 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2 - Page 3

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-39449 -PSH |
| Case Name: | FUNCHES, PATRICIA |
| Taxpayer ID No: | *******5006 |
| For Period Ending: | 03/18/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2830 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 2036 Warren, MI 48090 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,721.52 | 10,721.52 | 0.00 |
| Less: Bank Transfers/CD's | | 10,721.52 | 0.00 | |
| Subtotal | | 0.00 | 10,721.52 | |
| Less: Payments to Debtors | | | 8,374.36 | |
| Net | | 0.00 | 2,347.16 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7372 | 10,721.52 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2830 | 0.00 | 2,347.16 | 0.00 |
| | 10,721.52 | 2,347.16 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*